FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2024

SEAN F. McAVOY, CLERK

AUSA:  CAB

County: Spokane

*In Re Affidavit in Support of Criminal Complaint as to Nicholas Severo ROBERTS*

State of Washington          )

                                ss

County of Spokane          )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Timothy Wihera, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint seeking the arrest of Nicholas ROBERTS for Unlawful Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).  This statute prohibits the possession of firearms or ammunition that have travelled in or effected interstate or foreign commerce by persons who have been convicted of a crime for which they could be imprisoned for over one year.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, & Explosives ("ATF") and have been since December 2018.  Prior to serving as a federal agent, I served as a police officer in the City of Colorado Springs, Colorado, for over four years with primary duties as a patrol officer.  During my time as a law enforcement officer, I have participated in numerous investigations into violations of federal firearms laws.

3. The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement

Affidavit of Special Agent Wihera (24-mj-00099-JAG) - 1

agents or government agencies; (3) evidence collected through investigative operations.  Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4.      I participated in this enforcement operation with the Spokane Police Department Violent Crimes Task Force ("VCTF").  From my personal involvement in the operation and consulting with officers involved, I am aware of the following facts.

5.      On March 14, 2024, officers from VCTF arrested Nicholas ROBERTS ("ROBERTS") for an outstanding arrest warrant in the business parking lot located at the northwest corner of the intersection of West Carlisle Avenue and North Division Street in Spokane, Washington, after ROBERTS arrived at that location in the front seat passenger in a vehicle.

6.      After ROBERTS was arrested, officers searched a distinctive black and white backpack located on the floorboard of the front passenger seat area of the vehicle, which officers had previously seen ROBERTS in possession of before he arrived in the parking lot.  Another officer and I had observed ROBERTS with the backpack for approximately 20-30 minutes before he got into the vehicle, traveled to the parking lot, and was arrested.

7.      Despite my previous recent observations, ROBERTS denied the backpack was his.  In the backpack, officers located a Taurus model PT740 .40 S&W pistol bearing serial number SFS30204.  The firearm was loaded with ammunition in the magazine and a round of ammunition in the chamber.  In the backpack, there was also dominion / indicia for a different individual.

Affidavit of Special Agent Wihera (24-mj-00099-JAG) - 2

8.      I am aware from training and experience and from consulting with ATF interstate nexus experts that Taurus firearms are not manufactured in the State of Washington.  Consequently, I believe the firearm recovered from ROBERTS has travelled in or effected interstate commerce.

9.      Spokane County Superior Court Judgment and Sentencing reference case 20-1-01383-32 indicates ROBERTS was convicted of Attempt to Elude a Police Vehicle on October 27, 2020.  ROBERTS was sentenced to 14 months imprisonment for this offense.  ROBERTS has, thus, been convicted of a crime for which he could be imprisoned for over one year and is prohibited from possessing firearms or ammunition.

## **CONCLUSION**

10.      Based on the foregoing, I submit that there is probable cause to believe that on March 14, 2024, Nicholas ROBERTS committed Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

Timothy Wihera
Special Agent, ATF

Sworn to telephonically and signed electronically on this 15th day of March, 2024.

The Honorable James A. Goeke
United States Magistrate Judge

Affidavit of Special Agent Wihera (24-mj-00099-JAG) - 3